IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE CRACKED EGG, LLC, ) | Bankruptcy No. 20-22889-JAD |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| _____ ) | |
| ) | |
| THE CRACKED EGG, LLC, ) | 2:21-cv-00084-CCW |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| COUNTY OF ALLEGHENY, a political ) | |
| subdivision of the Commonwealth of ) | |
| Pennsylvania, ) | |
| ) | |
| Appellee. ) | |

`
## **ORDER**

AND NOW, this 1st day of February, 2021, an appeal from decision of the Bankruptcy Court having been filed with this Court, the parties are directed pursuant to Bankruptcy Rule 8018 to comply with the following briefing schedule:

Appellant's brief is due on February 16, 2021.

Appellee's brief due on March 17, 2021, or 30 days after the service of the Appellant's brief.

Appellant's reply is due on March 31, 2021, or 14 days after service of the Appellee's brief.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record